## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| HP TUNERS, LLC, | ) | 3:19-cv-00060-RCJ-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | February 5, 2019 |
| | ) | |
| BOBBIE CANNATA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>KATIE LYNN OGDEN</u>   REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion for Order to Show Cause (ECF No. 1). There does not seem be a proof of service indicating that the motion was served on the Defendant or the parties to the Western District of Washington action out of which this matter has arisen (*HP Tuners v. Sykes-Bonnett, et al.*, 3:17-cv-05760-BHS).

Plaintiff shall file a Certificate of Service **within five (5) days** of the date of this order reflecting that service of the Motion for Order to Show Cause (ECF No. 1) has been effected on Bobbie Cannata in the above-captioned matter.  Service by certified mail would satisfy this order.  Plaintiff shall also serve the motion and attachments (ECF No. 1 herein) on the Defendant parties in the *HP Tuners* action in the Western District of Washington, 3:17-cv-05760-BHS and an appropriate certificate of service shall be filed reflecting compliance with this Minute Order.

Plaintiff is advised that the correct case number for further filings is 3:19-cv-00060-RCJ-WGC.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK
By:  <u>     /s/                              </u>
Deputy Clerk