MARKS & KLEIN
Andrew P. Bleiman, Esq.
1363 Shermer Road, Suite 318
Northbrook, Illinois 60062
Telephone: (312) 206-5162
E-mail: andrew@marksklein.com
(*pro hac vice* application pending)

LEE HIGH, LTD.
Cecilia Lee, Esq.
Nevada Bar No. 3344
Elizabeth High, Esq.
Nevada Bar No. 10082
448 Ridge Street
Reno, Nevada 89501
Telephone: 775.499.5712
Email: c.lee@lee-high.com
Email: e.high@lee-high.com

Attorneys for Plaintiff HP Tuners, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company, | Case No. 3:19-cv-00060-RCJ-WGC |
| Plaintiff, | **DECLARATION OF SERVICE** |
| vs. | |
| BOBBIE CANNATA, | |
| Defendant. | |

Pursuant to FRCP 5(b) and Minute Order in Chambers, Docket No. 5, I certify under penalty of perjury that I am an employee of LEE HIGH, LTD., 448 Ridge Street, Reno, Nevada 89501, that I am familiar with the practice of LEE HIGH, LTD. for depositing items for delivery in the United States mail and that, in accordance with that standard practice, on February 6, 2019, I placed copies of the following documents:

    1.    <u>HP Tuners, LLC's Motion for Order to Show Cause Why Bobbie Cannata Should</u>

Not Be Found in Contempt of Court For Failure to Comply With Subpoena to Testify at Deposition and Be Compelled to Comply With Subpoena, Case No. 3:19-ms-00003, Docket No. 1;

    2.    Declaration of Andrew P. Bleiman in Support of Motion for Order to Show Cause Why Bobbie Cannata Should Not Be Found in Contempt of Court For Failure to Comply With Subpoena to Testify at Deposition and Be Compelled to Comply With Subpoena, Case No. 3:19-ms-00003, Docket No. 1-1; and

    3.    Proposed Order to Show Cause, Case No. 3:19-ms-00003, Docket No. 1-2;

in the United States mail, first class certified, return receipt requested, postage prepaid, addressed to the following:

> Bobbie Cannata
> 16455 Bonnie Lane
> Reno, NV 89511-9063
>
> Kevin Sykes-Bonnett
> c/o Philip P. Mann, Esq.
> MANN LAW GROUP
> 107 Spring Street
> Seattle, WA  98104
>
> Syked ECU Tuning Incorporated
> c/o Philip P. Mann, Esq.
> MANN LAW GROUP
> 107 Spring Street
> Seattle, WA  98104
>
> John Martinson
> c/o Philip P. Mann, Esq.
> MANN LAW GROUP
> 107 Spring Street
> Seattle, WA  98104

DATED this 6th day of February, 2019.

                                          /s/ Elizabeth Dendary, CP
                                          ELIZABETH DENDARY, CP
                                          Certified Paralegal