**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HP TUNERS, LLC<br><br>Plaintiff(s),<br><br>vs.<br><br>BOBBIE CANNATA<br><br>Defendant(s). | Case #3:19-cv-00060-RCJ-WGC<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**<br><br>FILING FEE IS $250.00 |

\_\_\_\_\_Andrew P. Bleiman\_\_\_\_\_, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Marks & Klein, LLP_____
(firm name)

with offices at _____1363 Shermer Road, Suite 318_____,
(street address)

\_\_\_Northbrook\_\_\_, \_\_\_Illinois\_\_\_ [▼], \_\_\_60062\_\_\_,
(city)         (state)                  (zip code)

\_\_312-206-5162\_\_, \_\_andrew@marksklein.com\_\_.
(area code + telephone number)   (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

\_\_\_\_\_HP TUNERS, LLC\_\_\_\_\_ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since _____November 1998_____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of __Illinois__ ▼
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Illinois | November 1998 | 6255640 |
| USDC Northern District of Illinois | January 21, 2000 | |
| USDC Eastern District of Wisconsin | February 16, 2007 | |
| USDC District of Colorado | October 9, 2007 | |
| 9th Circuit Court of Appeals | February 20, 2007 | |
| 7th Circuit Court of Appeals | September 4, 2008 | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

Illinois State Bar Association and American Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 11/8/2018 | HP Tuners, LLC v. Kenneth Cannata | USDC/DNV | Granted |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

3  _____
   Petitioner's signature

4  STATE OF Illinois ▾ )
5  COUNTY OF ____Cook____ )
6

7  ____Andrew P. Bleiman____, Petitioner, being first duly sworn, deposes and says:
8  That the foregoing statements are true.

9  _____
   Petitioner's signature

10 Subscribed and sworn to before me this

11 _____day of __November__, 2018

12 _____
   Notary Public or Clerk of Court

   OFFICIAL SEAL
   DAVID L GROBART
   NOTARY PUBLIC - STATE OF ILLINOIS
   MY COMMISSION EXPIRES:11/01/19

13
14
15

16 **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
   THE BAR OF THIS COURT AND CONSENT THERETO.**

17 Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner
18 believes it to be in the best interests of the client(s) to designate ____Elizabeth High____,
                                                                         (name of local counsel)
19 Attorney at Law, member of the State of Nevada and previously admitted to practice before the
20 above-entitled Court as associate resident counsel in this action. The address and email address of
21 said designated Nevada counsel is:
22

23 _____448 Ridge Street_____,
                              (street address)
24 ____Reno____, ____Nevada____ ▾, ____89501____,
       (city)          (state)                (zip code)
25

26 ____775-324-1011____, ____e.high@lee-high.com____.
   (area code + telephone number)   (Email address)
27
28                          4                               Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Elizabeth High_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

HP TUNERS, LLC by Bobbi Munson, Dir. of Operations
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

10082                    e.high@lee-high.com
Bar number               Email address

APPROVED:
Dated: this ____ day of _____, 20__

_____
UNITED STATES DISTRICT JUDGE



**ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION**
of the
**SUPREME COURT OF ILLINOIS**
www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600   (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive, Suite 301
Springfield, IL 62704
(217) 546-3523   (800) 252-8048
Fax (217) 546-3785

Andrew Peter Bleiman
1363 Shermer Road
Suite 318
Northbrook, IL 60062-4575

**<u>VIA EMAIL AND UNITED STATES POSTAL SERVICE</u>**

Chicago
Thursday, November 08, 2018

In re:  Andrew Peter Bleiman
Admitted: 11/5/1998
Attorney No. 6255640

To Whom It May Concern:

    The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: *Lisa Medina*
Lisa Medina
Deputy Registrar

LM