1
2
3
4
5
6               **UNITED STATES DISTRICT COURT**
7                    **DISTRICT OF NEVADA**
8   HP TUNERS, LLC,                    )        3:19-cv-00060-RCJ-WGC
                                       )
9              Plaintiff,              )        **ORDER TO SHOW CAUSE**
                                       )
10       vs.                           )
                                       )
11  BOBBIE CANNATA,                    )
                                       )
12             Defendant.              )
    _____)
13

14        Plaintiff HP Tuners, Inc. (Plaintiff) moved for an order directing Defendant Bobbie Cannata

15  to show cause why she should not be held in contempt for failure to comply with a subpoena issued

16  to her on September 11, 2018, in connection with the matter of *HP Tuners, Inc. v. Kevin Sykes-Bonnet,*

17  *et al.*, United States District Court for the Western District of Washington, Civil Action No. 3:17-cv-

18  005760 BHS, (the Subpoena) and be compelled to comply with the Subpoena;

19        Based upon these documents, the court is satisfied that the Plaintiff has made a sufficient and

20  proper showing in support of the relief sought in it application, and therefore:

21        **IT IS HEREBY ORDERED** that Bobbie Cannata shall appear before this court on **Tuesday,**

22  **March 12, 2019, at 9:00 a.m.**, in Courtroom 2 of the Bruce R. Thompson Federal Courthouse located

23  at 400 S. Virginia Street, Reno, Nevada 89501, to show cause why the court should not issue an Order:

24        a.    Holding Bonnie Cannata in contempt for failure to respond to the Subpoena;

25        b.    Awarding Plaintiff reasonable expenses and attorneys' fees;

26        c.    Directing Bonnie Cannata to produce all documents responsive to the Supoena within her

27              possession, custody, or control to Plaintiff no later than **Tuesday, March 12, 2019**, or

28              another date acceptable to Plaintiff; and

d.   Directing Bonnie Cannata to appear for testimony, to be held at Sunshine Litigation Services and Technologies, 151 Country Estates Cir., Reno, Nevada 89511, beginning at **10:00 a.m. on Tuesday, March 19, 2019**, or another date acceptable to Plaintiff.

And in the event that Bonnie Cannata fails to appear before this court at the date and time set forth herein, granting the relief in the foregoing paragraphs (a) through (d).

**IT IS FURTHER ORDERED** that the Clerk of Court shall send a copy of this Order to the following:

Bobbie Cannata
16455 Bonnie Lane
Reno, NV 89511-9063

Kevin Sykes-Bonnett
c/o Philip P. Mann, Esq.
MANN LAW GROUP
107 Spring Street
Seattle, WA 98104

Syked ECU Tuning Incorporated
c/o Philip P. Mann, Esq.
MANN LAW GROUP
107 Spring Street
Seattle, WA 98104

John Martinson
c/o Philip P. Mann, Esq.
MANN LAW GROUP
107 Spring Street
Seattle, WA 98104

**IT IS SO ORDERED.**

DATED:  February 26, 2019.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE