BART K. LARSEN, ESQ.
Nevada Bar No. 8538
HUNTER S. DAVIDSON, ESQ.
Nevada Bar No. 14860
KOLESAR & LEATHAM
400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail: blarsen@klnevada.com
         hdavidson@klnevada.com

Attorneys for Defendant
BOBBIE CANNATA

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company, | Case No. 3:19-cv-00060-RCJ-WGC |
| Plaintiff, | |
| vs. | |
| BOBBIE CANNATA, | |
| Defendant. | |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Bart K. Larsen, Esq. of the law firm of KOLESAR & LEATHAM, attorneys for Defendant Bobbie Cannata, hereby enters his appearance on the record in the above-entitled proceeding.

DATED this 11th day of March, 2019.

KOLESAR & LEATHAM

By: /s/ Bart K. Larsen
BART K. LARSEN, ESQ.
Nevada Bar No. 8538
HUNTER S. DAVIDSON, ESQ.
Nevada Bar No. 14680
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
*Attorneys for Defendant*
*BOBBIE CANNATA*

3092394 (9665-2)

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Kolesar & Leatham, and that on the 11th day of March, 2019, I caused to be served a true and correct copy of the foregoing NOTICE OF APPEARANCE in the following manner.

(ELECTRONIC SERVICE) Pursuant to Rule 5-4 of the Local Rules of Civil Practice of the United States District Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities upon the following:

Andrew P. Bleiman, Esq.
Marks & Klein
1363 Shermer Road, Suite 318
Northbrook, Illinois 0062
Email: andrew @marksklein.com

Cecilia Lee, Esq.
Elizabeth High, Esq.
Lee High, Ltd.
448 Ridge Street
Reno, NV  89501
Email: c.lee@lee-high.com
         e.high@lee-high.com
*Attorneys for Plaintiff HP Tuners, LLC*

_____
An employee of Kolesar & Leatham

3092394 (9665-2)