MARKS & KLEIN
Andrew P. Bleiman, Esq.
1363 Shermer Road, Suite 318
Northbrook, Illinois 60062
Telephone: (312) 206-5162
E-mail: andrew@marksklein.com
(*pro hac vice* application pending)

LEE HIGH, LTD.
Cecilia Lee, Esq.
Nevada Bar No. 3344
Elizabeth High, Esq.
Nevada Bar No. 10082
448 Ridge Street
Reno, Nevada 89501
Telephone: 775.499.5712
Email: c.lee@lee-high.com
Email: e.high@lee-high.com

Attorneys for Plaintiff HP Tuners, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company, | Case No. 3:19-cv-00060-RCJ-WGC |
| Plaintiff, | **NOTICE OF DEPOSITION OF BOBBIE CANNATA** |
| vs. | Date of Deposition: April 10, 2019 |
| BOBBIE CANNATA, | Time of Deposition: 10:00 a.m. |
| Defendant. | |

**TO: ALL INTERESTED PARTIES AND THEIR RESPECTIVE COUNSEL**

Pursuant to this Court's Order to Show Cause entered on February 26, 2019, Plaintiff HP Tuners, LLC, by and through its attorneys, Cecilia Lee, Esq. and Elizabeth High, Esq., LEE HIGH, LTD., will take the deposition of Bobbie Cannata on April 10, 2019, at 10:00 a.m. at Bonanza Reporting & Videoconference Center, located at 1111 Forest Street, Reno, Nevada 89509, upon oral examination, pursuant to Fed. R. Civ. P. 45, before a Notary Public or before some other

1  officer authorized by law to administer oaths.

2      Notice is further given that unless the parties agree or the Court orders otherwise, the
3  examination will be recorded by stenographic and video means pursuant to Fed. R. Civ. P. 45.  In
4  the event the examination is recorded by means other than written transcription, at the time of
5  introduction and/or filing of such recording, a written transcription of the examination shall be
6  presented to the Court.

7      Oral examination will continue from day-to-day until completed.

8      DATED this 11th day of March, 2019.

                                                                                                                                                                        LEE HIGH, LTD.

                                        /s/ Cecilia Lee, Esq.
                                        CECILIA LEE, ESQ.
                                        ELIZABETH HIGH, ESQ.

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify under penalty of perjury that I am an employee of LEE HIGH, LTD., 448 Ridge Street, Reno, Nevada 89501, and that on March 11, 2019, I served copies of the NOTICE OF DEPOSITION OF BOBBIE CANNATA via the Court's Notice of Electronic Filing to all those persons listed on the United States District Court CM/ECF Confirmation Sheet.

DATED this 11th day of March, 2019.

/s/ Elizabeth Dendary, CP
ELIZABETH DENDARY, CP
Certified Paralegal