UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| HP TUNERS, LLC, | Case No.: 3:19-cv-00060-RCJ-WGC |
| Plaintiff, | |
| vs. | **MINUTES OF PROCEEDINGS** |
| BOBBIE CANNATA, | |
| Defendant. | March 12, 2019 |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  Katie Lynn Ogden         REPORTER:  Liberty Court Recorder

COUNSEL FOR PLAINTIFF: Cecilia Lee (present)

COUNSEL FOR DEFENDANT: No Appearance

**MINUTES OF PROCEEDINGS:  Show Cause Hearing**

9:01 a.m.  Court convenes.

The court is in receipt of Bart K. Larsen, Esq., notice of appearance (ECF No. 9); however, the court notes for the record that Mr. Larsen is not participating in today's hearing.

The court holds today's show cause hearing (ECF No. 8) to address whether or not Defendant Bobbie Cannata should be held in contempt for failure to comply with a subpoena issued to her on September 11, 2018, in connection with the matter of *HP Tuners, Inc. v. Kevin Sykes-Bonnet, et al*., United States District Court for the Western District of Washington, Civil Action No. 3:17-cv-005760 BHS, and whether or not she should be compelled to comply with the Subpoena.

MINUTES OF PROCEEDINGS - 1

Ms. Lee advises the court she has been in contact with Mr. Larsen. Mr. Larsen advises Ms. Lee there are responsive documents he will be sending her and is hopeful this can be resolved between the parties. Ms. Lee informs the court that she has received some documents from Mr. Larsen and that a deposition date is scheduled between the parties for early April 2019 (ECF No. 10). Based on Ms. Lee's conversation with Mr. Larsen, the Plaintiff will not seek any affirmative form of relief today. However, Plaintiff requests the court schedule a continued show cause hearing because there appears to be some outstanding documents Plaintiff needs to produce and counsel will need time to review the documents to ensure the documents are responsive to the subpoena.

IT IS ORDERED that a status conference is set for **Thursday, 3/28/2019, at 9:00 a.m.** Counsel wishing to appear telephonically shall dial **1-877-873-8017**, enter the access code **3416460**, and enter the security code **32819**, approximately five (5) minutes prior to the hearing.

IT IS FURTHER ORDERED that a continued Show Cause Hearing is scheduled for **Monday, 4/22/2019, at 10:00 a.m.** Counsel wishing to appear telephonically shall dial **1-877-873-8017**, enter the access code **3416460**, and enter the security code **42219**, approximately five (5) minutes prior to the hearing.

The parties shall advise the court if either of the upcoming hearings are unnecessary and can be vacated from the court's calendar.

There being no additional matters to address at this time, court adjourns at 9:13 a.m.

DEBRA K. KEMPI, CLERK OF COURT

By: _____/s/_____
 Katie Lynn Ogden, Deputy Clerk